**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

|  |  |
|---|---|
| **PHILIP HAHN**, <br><br> *Plaintiff*, <br> v. <br><br> **SMITH, Chief Judge, et al.**, <br><br> *Defendants.* | **Case No. 2:21-cv-00637-JDW** |

## <u>ORDER</u>

**AND NOW** this 7th day of April 2021, upon consideration of the Motion to Dismiss (ECF No. 3), it is **ORDERED** that the Motion is **GRANTED**. All claims for damages against the Defendant Third Circuit Judges in their official and individual capacity, as well as any claims for injunctive relief against the Defendant Third Circuit Judges are **DISMISSED WITH PREJUDICE**. The claim for negligence against the United States is **DISMISSED WITHOUT PREJUDICE**.

The Clerk of the Court shall mark this case **CLOSED**.

**BY THE COURT:**

*/s/ Joshua D. Wolson*
**JOSHUA D. WOLSON, J.**